No. 89–5115. STOTTS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–5116. EDWARDS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–5118. KANE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–5122. RADEMAKER v. VETERANS ADMINISTRATION. C. A. 2d Cir. Certiorari denied.

No. 89–5123. TAPIA v. TAPIA. Ct. App. N. M. Certiorari denied.

No. 89–5124. SHELTON v. MCCARTHY ET AL. C. A. 2d Cir. Certiorari denied.

No. 89–5126. ENGLISH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–5127. KAAHANUI ET AL. v. PUBLIC UTILITIES COMMISSION OF HAWAII ET AL. Sup. Ct. Haw. Certiorari denied.

No. 89–5128. IVORY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–5129. EVERROAD ET AL. v. CARPENTER ET AL. Ct. App. Ind. Certiorari denied.

No. 89–5130. DIAMOND v. WINSTON. Super. Ct. Pa. Certiorari denied.

No. 89–5131. NICHOLAS v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 89–5132. MCGHEE v. BUTLER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 89–5136. ROBERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–5137. ALARIO v. WHITLEY, WARDEN. C. A. 9th Cir. Certiorari denied.